CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 14 2005
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| **SYLVIA H. MOORE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:04CV00046 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **JO ANNE B. BARNHART** | ) | By: Samuel G. Wilson |
| **Commissioner of Social Security,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Michael F. Urbanski, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered granting summary judgment to the defendant. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that summary judgment be granted to the defendant, and this matter **ORDERED** stricken from the docket of the court.

**ENTER**: This April 13, 2005.

_____
UNITED STATES DISTRICT JUDGE